# Court of Appeals
# of the State of Georgia

ATLANTA,___May 11, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1499. FREDA BEATRICE WEEKS EATON v. DEUTSCHE BANK TRUST COMPANY AMERICAS.

This action began in magistrate court as a dispossessory proceeding brought by Deutsche Bank Trust Company Americas ("Deutsche Bank") against Freda Beatrice Weeks Eaton and Daryl Eaton.[1] The magistrate judge entered judgment in favor of Deutsche Bank in the amount of $16,065.54 and issued a writ of possession. Freda Eaton appealed the ruling to superior court.[2]

While the appeal was pending, Deutsche Bank filed a separate action in superior court seeking equitable reformation of the deed. This action was consolidated with the magistrate appeal. On November 24, 2015, the trial court granted Deutsche Bank's motion for summary judgment as to Freda Eaton on the equitable reformation claim. On February 16, 2016, the trial court entered orders granting judgment on the pleadings on the magistrate appeal and issuing a writ of possession. Freda Eaton filed a notice of appeal on March 8, 2016.[3] We lack jurisdiction.

---

[1] Freda Beatrice Weeks Eaton is also referred to as Freda Beatrice Eaton Weeks in certain court documents.

[2] Daryl Eaton never responded to the complaint, and the judgment was issued solely against Freda Eaton.

[3] Freda Eaton purported to appeal the "final order" entered on March 8, 2016. The only order entered on this date was the order granting her permission to proceed in forma pauperis.

First, to the extent Freda Eaton seeks to appeal the trial court's order granting summary judgment in the equitable reformation action, her notice of appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); *GMC Group v. Harsco Corp.*, 293 Ga. App. 707 (667 SE2d 916) (2008). Because the notice of appeal was filed 105 days after entry of the order granting summary judgment, we lack jurisdiction to review the ruling.

Second, to the extent Freda Weeks seeks to appeal the court's orders in the magistrate appeal, her failure to file an application for discretionary appeal deprives us of jurisdiction. Under OCGA § 5-6-35 (a) (1), "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Furthermore, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Freda Eaton filed this appeal 19 days after entry of the writ of possession. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   05/11/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*